

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2020

No. 04-19-00861-CV

**IN THE MATTER OF J.C.W.G.**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-02-13115-CR
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

      Appellee's motion for an extension of time to file its brief is GRANTED IN PART. The State's brief is due **on or before April 20, 2020**.

_____
Irene Rios, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court